**APPLICANT: <u>JOHNNY RAY JONES</u>**   **APPLICATION NO. <u>WR-82,378 -02</u>**

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

**DENIED WITHOUT WRITTEN ORDER ON FINDINGS OF TRIAL COURT WITHOUT HEARING.**

_____  _April 22, 2015_____
JUDGE                                              DATE